# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2025-1572
LT Case No. 45-2022-CF-799-A

———————————————

JAMES RONALD HERNDON, SR.,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

———————————————

Petition for Belated Appeal.
A Case of Original Jurisdiction.

James Ronald Herndon, Sr., Daytona Beach, pro se.

James Uthmeier, Attorney General, and Ryan Roy Assistant Attorney General, Tallahassee, for Respondent.

July 25, 2025

PER CURIAM.

The petition for belated appeal is granted. A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the March 27, 2025 order granting in part and order denying in part Defendant's motion for postconviction relief rendered in Case No. 45-2022-CF-799-A, in the Circuit Court in and for Nassau County, Florida. *See* Fla. R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

JAY, C.J., and HARRIS and SOUD, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____